BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID W. LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANA GONZALEZ ALVEREZ,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-03400-DAD<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Administrative Law Judge (ALJ) will: (1) reassess the Plaintiff's residual functional capacity; (2) obtain vocational expert testimony in order to evaluate the Plaintiff's ability to perform her past relevant work or assess the availability of other work the Plaintiff could perform based on the assessed RFC; and (3) consider any new evidence submitted.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: September 5, 2012 | */s/Bess Brewer*<br>(As authorized via e-mail)<br>BESS BREWER<br>Attorney for Plaintiff |
| Dated: September 8, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | /s/ *David Lerch*<br>DAVID LERCH<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: September 10, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\alverez3400.stip.remand

2