1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT, IL SBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID LERCH, CSBN 229411
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone: (415) 977-8936
6      Facsimile: (415) 744-0134
       E-Mail: David.Lerch@ssa.gov
7
   Attorneys for Defendant
8
                              UNITED STATES DISTRICT COURT,
9
                              EASTERN DISTRICT OF CALIFORNIA
10
                                      SACRAMENTO DIVISION
11

12  DIANA GONZALEZ ALVEREZ,           )   CASE NO. 2:11-cv-3400-DAD
                                      )
13          Plaintiff,                )   **STIPULATION AND ORDER SETTLING**
                                      )   **ATTORNEY'S FEES PURSUANT TO THE**
14  vs.                               )   **EQUAL ACCESS TO JUSTICE ACT, 28**
                                      )   **U.S.C. § 2412(d)**
15  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
16                                    )
                                      )
17          Defendant.                )
    _____ )
18
            IT IS HEREBY STIPULATED by and between the parties through their undersigned
19
    counsel, subject to the approval of the Court, that Plaintiff be awarded attorney's fees under the
20
    Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE
21
    THOUSAND SIX HUNDRED FIFTY DOLLARS AND NO CENTS ($3,650). This amount
22
    represents compensation for all legal services rendered on behalf of Plaintiff by counsel in
23
    connection with this civil action, in accordance with 28 U.S.C. § 2412(d).
24
            After the Court issues an order for EAJA fees to Plaintiff, the government will consider
25
    the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to Astrue v.
26
    Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the
27
    fees are subject to any offset allowed under the United States Department of the Treasury's
28

---

Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Bess Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 12, 2012	/s/Bess M. Brewer
Bess M. Brewer,
Attorney for Plaintiff
[as authorized by email]

Dated: December 14, 2012	BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/David Lerch
DAVID LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 14, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\alverez3400.stip.eaja.fees.wpd